**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 470 MAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 4080 EDA 2017, at 209 A.3d 1011 |
| | : (Pa. Super. 2019) entered on May 7, |
| RASHEED ADAMS-SMITH, | : 2019, **affirming, vacating and** |
| | : **remanding** the PCRA Order of the |
| Respondent | : Montgomery County Court of |
| | : Common Pleas at No. CP-46-CR- |
| | : 0003263-2013 entered on |
| | : November 20, 2017 |

## ORDER

**PER CURIAM**                                    DECIDED:  September 1, 2020

**AND NOW**, this 1st day of September, 2020, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the decision of the Superior Court and **REMAND** the matter for reconsideration in light of *Commonwealth v. Butler*, 226 A.2d 972 (Pa. 2020).